IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAMLIGHT, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>THE SPORTSMAN'S GUIDE, INC.,<br><br>                 Defendant. | Civ. Action No. _____<br><br>**Jury Trial Demanded** |

## COMPLAINT FOR PATENT INFRINGEMENT

Streamlight, Inc. (hereinafter "Plaintiff"), files this Complaint for patent infringement against The Sportsman's Guide, Inc. (hereinafter "Defendant"), and, in support thereof, further states and alleges as follows:

### THE PARTIES

1. Plaintiff, Streamlight, Inc., is a corporation incorporated in the State of Pennsylvania, with its principal place of business located at 30 Eagleville Road, Eagleville, PA, 19403.

2. Upon information and belief, Defendant The Sportsman's Guide, Inc., is a corporation incorporated in Minnesota. The registered office address of Defendant is 1010 Dale St N, St Paul, MN 55117–5603.

### JURISDICTION AND VENUE

3. This is a civil action for patent infringement under the laws of the United States, Title 35 United States Code §§ 1, *et seq*.

4. This Court has subject-matter jurisdiction over this action under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (patent-exclusive jurisdiction).

5. This Court has personal jurisdiction over the Defendant because Defendant has an internet sales presence specifically designed to reach millions of prospective

customers including, in particular, customers who are citizens of and/or reside within the State of Delaware.

6. Further, Defendant directly ships, distributes, offers for sale, sells, advertises, and has sold its infringing products in the State of Delaware, through its publicly available website, http://www.sportsmansguide.com and www.amazon.com.

7. Defendant has purposefully and voluntarily placed one or more of its infringing products, as described below, into the stream of commerce with the expectation that they will be purchased and used by consumers in the State of Delaware.

8. As specified below, Defendant has committed acts of patent infringement within the State of Delaware.

9. Venue is proper under 28 U.S.C. §§ 1391(b) and (c) and § 1400(b), because the Defendant is subject to personal jurisdiction in this judicial district.

## FACTUAL BACKGROUND

10. On May 24, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,347,627 entitled "Battery Powered Light with Alignment Mechanism" ("the '627 Patent"). A true and correct copy of the '627 Patent is attached hereto as Exhibit A.

11. Plaintiff is the owner by assignment of the '627 Patent.

12. The '627 Patent is directed to a battery powered light with a housing comprising a battery compartment that is configured to hold a plurality of batteries and a twisting cover for the battery compartment that has a contact assembly connected to the cover.

13. Plaintiff offers a product having a battery powered light with a housing comprising a battery compartment that is configured to hold a plurality of batteries and a twisting cover for the battery compartment that has a contact assembly connected to the cover

known as the Siege Compact Alkaline Hand Lantern. Based on information and belief, Plaintiff has complied with 35 U.S.C. § 287(a) with respect to the Siege Compact Alkaline Hand Lantern product since at least as early as July 24, 2013.

14. Defendant engages in electronic commerce conducted on and using at least, but not limited to, its website, http://www.sportsmansguide.com, in the State of Delaware.

15. Defendant owns, operates, provides access to, and/or directs the operation of the website, http://www.sportsmansguide.com in the State of Delaware.

16. Defendant offers for sale a battery powered light with a housing comprising a battery compartment that is configured to hold a plurality of batteries and a twisting cover for the battery compartment that has a contact assembly connected to the cover referred to as "Guide Gear LED 400 Lumen Lantern" through its website, http://www.sportsmansguide.com. See Exhibit B-5.

**COUNT I: DIRECT INFRINGEMENT OF THE '627 PATENT**

17. Plaintiff incorporates by this reference the averments set forth in paragraphs 1 through 16.

18. Defendant has infringed claims 1-28 of the '627 Patent in this District and elsewhere by, at least, making, selling, offering for sale, and/or importing its "Guide Gear LED 400 Lumen Lantern" product. See Exhibit B-5.

19. Defendant's Guide Gear LED 400 Lumen Lantern is a lantern providing a source of light (See Exhibits B-3 and B-4) with an attached housing that contains a battery compartment that accommodates multiple batteries. See Exhibit B-2. Defendant's Guide Gear LED 400 Lumen Lantern contains contacts aligned with the battery chambers so that the contacts are positioned to engage the battery electrodes when the batteries are in the compartment. (See Exhibits B-1 and B-2).

20. Further, Defendant's Guide Gear LED 400 Lumen Lantern contains a cover for closing an opening to the battery compartment and the cover contains a releasable connection with the housing configured such that twisting the cover relative to the housing connects or disconnects the cover with housing. (See Exhibits B-1 and B-2). Connected to the cover is a contact assembly that is rotatable relative to the cover when the cover is rotated to connect or disconnect the cover with the housing. (See Exhibits B-1 and B-2). As shown in Exhibit B-1, a first alignment element projects upward from the base to be inserted into the housing where the second alignment element resides (See Exhibit B-2). The first and second alignments of Defendant's Guide Gear LED 400 Lumen Lantern are configured to matingly engage the elongated rod, as is disclosed by the '627 patent.

21. As a direct and proximate result of Defendant's acts of infringing the '627 Patent, Plaintiff has suffered injury and monetary damages for which Plaintiff is entitled to damages adequate to compensate for Defendant's infringement but in no event less than a reasonable royalty.

22. Upon information and belief, Defendant has knowingly, willfully, and deliberately infringed the '627 Patent in conscious disregard of Plaintiff's rights, making this case exceptional within the meaning of 35 U.S.C. § 285 and justifying treble damages pursuant to 35 U.S.C. § 284.

23. Defendant will continue to directly infringe the '627 Patent, causing immediate and irreparable harm to Plaintiff unless this Court enjoins and restrains Defendant's activities, specifically the acts of making, selling, offering for sale, and/or importing as mentioned above.

24. Plaintiff will suffer and is suffering irreparable harm from Defendant's infringement of the '627 Patent. Plaintiff has no adequate remedy at law and is entitled to an

injunction against Defendant's continuing and future infringement of the '627 Patent. Unless enjoined, Defendant will continue its infringing conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. A judgment that Defendant has infringed the '627 Patent directly;

B. Award Plaintiff its damages to compensate for Defendant's infringement of the '627 Patent pursuant to 35 U.S.C. § 284;

C. Find that Defendant's infringement has been willful and award Plaintiff three times the damages assessed pursuant to 35 U.S.C. § 284;

D. Enter an order enjoining the Defendant, its directors, officers, agents, employees, successors, subsidiaries, assigns, affiliates and all persons acting in privity or in concert or participation with any of them from the continued and future infringement of the '627 Patent;

E. That this Court award Plaintiff prejudgment and post-judgment interest on its damages;

F. That this Court find that Defendant's infringement and actions render this case an exceptional case within the meaning of 35 U.S.C. § 285 and that Plaintiff be awarded attorneys' fees;

G. That this Court award Plaintiff its costs; and

H. That this Court grant Plaintiff such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands that the issues in this case be tried by a jury.

**BLANK ROME LLP**

Dated: January 12, 2017

*/s/ Larry R. Wood, Jr.*
Larry (Buzz) R. Wood, Jr. (DE 3262)
Adam V. Orlacchio (DE 5520)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 (Telephone)
(302) 425-6464 (Facsimile)
LWood@blankrome.com
Orlacchio@blankrome.com

**ATTORNEYS FOR PLAINTIFF STREAMLIGHT, INC.**